IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> PATRIOT NATIONAL, INC., *et al.,*[1] <br><br> Debtors; | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| CWIBENEFITS, INC. and PATRIOT SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL VAN CLEAVE and IMA, INC., <br><br> Defendants | Adv. Proc. No. 18-50415 (KG) |

**MOTION FOR DISMISSAL BY DEFENDANTS, IMA, INC. AND PAUL VAN CLEAVE, PURSUANT TO FED. R. CIV. P. 12(b)(6), AS PER FEDERAL <u>RULE OF BANKRUPTCY PROCEDURE 7012(b)</u>**

Defendants, IMA, INC. ("IMA") and PAUL VAN CLEAVE ("Van Cleave"), by and through undersigned counsel, move under Fed. R. Civ. P. 12(b)(6), as per Federal

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc.(9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Bankruptcy Procedure 7012(b), for a full or partial dismissal of the claims asserted against them by plaintiff, CWIBenefits, Inc. ("CWI"), and for complete dismissal of all claims asserted by Patriot Services, LLC *f/k/a* Patriot Services, Inc. ("Patriot"), for the reasons that:

1. Plaintiffs, CWI and Patriot allege, *inter alia,* that defendant Van Cleave (a former employee of CWI), misappropriated CWI's trade secrets, confidential and proprietary information, solicited its customers and improperly competed against CWI in violation of a Confidentiality and Non-Compete Agreement ("Agreement"), and in contravention of, *inter alia,* multiple federal and state statutes.

2. CWI and Patriot allege defendant IMA (Van Cleave's current employer), aided Van Cleave in the alleged improper acts referenced above.

3. CWI and Patriot assert, *inter alia,* a claim for Breach of Contract (Count IV) against Van Cleave, and a claim for Tortious Interference With Contract (Count V) against IMA.

4. Among other claims, plaintiffs assert – against both IMA and Van Cleave – claims for Misappropriation of Trade Secrets in Violation of Florida Uniform Trade Secrets Act ("FUTSA") (Count VII).

5. In addition to the claims recited above, CWI and Patriot also assert the following claims:

> Count I - Violation of Automatic Stay, 11 U.S.C. § 362(a)(3) and (k);
> Count II - Turnover of Property of the Estate, 11 U.S.C. § 542;
> Count III - Federal Defend Trade Secrets Act;
> Count VI - Misappropriation of Trade Secrets Under South Carolina Trade Secrets Act;

  Count VIII - Breach of Duty of Loyalty [Against Van Cleave only];
  Count IX - Aiding and Abetting Breach of Duty of Loyalty [Against IMA only];
  Count X - Tortious Interference With CWI's Business Relations;
  Count XI - Civil Conspiracy;
  Count XII - Unfair Competition; and
  Count XIII - Unjust Enrichment

  6. For the reasons more fully explained in defendants' accompanying <u>Memorandum in Support of Motion to Dismiss</u> (incorporated herein by reference), CWI's claims for Violation of the Automatic Stay (Count I) should be dismissed for failure to state a claim, inasmuch as the Complaint fails to plead the Defendants, non-creditors as to the instant bankruptcy proceeding, were given notice of the filing of the instant bankruptcy cases, the automatic stay has now terminated due to the confirmation of the Debtors' Chapter 11 Plan, and for other reasons stated in the accompanying memorandum.

  7. For the reasons more fully explained in defendants' accompanying <u>Memorandum in Support of Motion to Dismiss</u> (incorporated herein by reference), CWI's claims for Turnover of Property of the Estate (Count II) should be dismissed for failure to state a claim, inasmuch as the confirmation of the Debtors' Chapter 11 Plan has now vested the alleged assets at issue in the reorganized Debtors, and therefore 11 U.S.C. §542 is no longer applicable and for other reasons stated in the accompanying memorandum.

  8. For the reasons more fully explained in defendants' accompanying <u>Memorandum in Support of Motion to Dismiss</u> (incorporated herein by reference), CWI's claims for Breach of Contract, Tortious Interference With Contract and Misappropriation of

Trade Secrets in Violation of Florida Trade Secrets Act (Counts IV, V and VII) should be dismissed.

9. Further, and also for the reasons more fully explained in defendant's Memorandum in Support of Motion to Dismiss, all claims asserted by Patriot should be dismissed (Counts I through XIII).

**WHEREFORE**, for the reasons stated in defendants' accompanying memorandum, defendants, IMA, INC. and PAUL VAN CLEAVE, pray that plaintiff, CWI's, claims under Counts I, II, IV, V and VII of the Complaint be dismissed, with prejudice, at CWI's cost; defendants further pray that all claims of plaintiff Patriot asserted in Counts I through XIII of the Complaint be dismissed, with prejudice, at Patriot's cost.

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

BY:   */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-Mail: *jhoover@beneschlaw.com*

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

BY:  */s/ Steven M. Oxenhandler*
Steven M. Oxenhandler, T.A. (Bar Roll #28405)
Bradley L. Drell (Bar Roll #24357)
Michael J. O'Shee (Bar Roll #10268)
Martha R. Crenshaw (Bar Roll #27420)
P.O. Box 6118
Alexandria, Louisiana 71307-6118
Telephone: 318-445-6471
Facsimile: 318-445-6476
*E-Mail: soxenhandler@goldweems.com*
*E-Mail: bdrell@goldweems.com*
*E-Mail: moshee@goldweems.com*
*E-Mail: mcrenshaw@goldweems.com*
**ATTORNEYS FOR IMA, INC. AND PAUL VAN CLEAVE**

**CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on this 29th day of May, 2018, a copy of the foregoing document was electronically filed by CM/ECF, and I caused copies to be served via U.S. Mail on the following parties:

Laura Davis Jones
James E. O'Neill
Peter J. Keane
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

Kathryn A. Coleman
Christopher Gartman
Jacob Gartman
*Hughes Hubbard & Reed LLP*
One Battery Park Plaza
New York, NY 10004-1482

*s/Jennifer R. Hoover*
OF COUNSEL
