# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL INC.,** *et al.*, <br> Debtors. | Chapter 11 <br> Case No. 18-10189 (KG) <br> (Jointly Administered) |
| **CWIBENEFITS, INC. and PATRIOT SERVICES, LLC,** <br> Plaintiffs[1], <br> v. <br> **PAUL VAN CLEAVE and IMA, INC.,,** <br> Defendants. | Adv. Proc. No. 18-50415 (KG) |

## CERTIFICATION OF COUNSEL SUBMITTING AGREED PROPOSED SCHEDULING ORDER

The undersigned counsel hereby certifies that:

1. Pursuant to Rule 7016-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the Plaintiffs/Debtors respectfully submit the proposed scheduling order (the "Proposed Scheduling Order") attached hereto as Exhibit A.

2. Counsel for the Defendants in the above-captioned Adversary Proceeding have indicated that the Proposed Scheduling Order is acceptable to the Defendants.

3. Accordingly, the Plaintiffs/Debtors respectfully request that the Court enter the Proposed Scheduling Order at the Court's earliest convenience.

---

[1]. Any reference herein to the Plaintiff shall mean, as applicable, CWIBenefits, Inc. and Patriot Services, LLC, or the Litigation Trustee as defined in the Debtors' Fourth Further Amended Joint Chapter 11 Plan of Reorganization [Case No. 18-10189, D.I. 702].

1

| Dated: June 8, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Erin E. Diers<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>erin.diers@hugheshubbard.com<br><br>*Counsel for Plaintiffs* |