# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL INC.,** *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| **CWIBENEFITS, INC. and PATRIOT SERVICES, LLC,** <br><br> Plaintiffs, <br><br> v. <br><br> **PAUL VAN CLEAVE and IMA, INC.,** <br><br> Defendants. | Adv. Proc. No. 18-50415 (KG) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 25th day of June, 2018, a true and correct copy of the following was served on the parties on the service list attached hereto as Exhibit A in the manner indicated.

**PLAINTIFFS' INITIAL DISLCOSURES**

|  |  |
|---|---|
| Dated:  June 25, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         joneill@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>   -and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Erin E. Diers<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone:  (212) 837-6000<br>Facsimile:  (212) 422-4726<br>Email:  katie.coleman@hugheshubbard.com<br>         chris.gartman@hugheshubbard.com<br>         erin.diers@hugheshubbard.com<br><br>*Counsel for Plaintiffs* |

# **EXHIBIT A**

Counsel to IMA, Inc. and Paul Van Cleave

Jennifer R. Hoover
Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave.
Suite 801
Wilmington, DE 19801
Email: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

Steven M. Oxenhandler, T.A.
Bradley L. Drell
Michael J. O'Shee
Martha R. Crenshaw
P.O. Box 6118
Alexandria, Louisiana 71307-6118
E-Mail: soxenhandler@goldweems.com
bdrell@goldweems.com
moshee@goldweems.com
mcrenshaw@goldweems.com