IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT NATIONAL INC., *et al.*, | ) | Case No. 18-10189 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| CWIBENEFITS, INC. and PATRIOT SERVICES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 18-50415 (KG) |
| | ) | |
| PAUL VAN CLEAVE and IMA, INC., | ) | |
| | ) | |
| Defendants. | ) | Re: D.I. No. 12 |

### ORDER DIRECTING DEBTORS TO SHOW CAUSE
### WHY THE CASE SHOULD NOT BE DISMISSED

WHEREAS:

A. The Debtors commenced the captioned Chapter 11 cases on January 30, 2018.

B. The Debtors initiated this adversary proceeding on April 27, 2018, by filing a complaint (the "Complaint") alleging that Defendants misappropriated confidential business information, obtained property of the Debtors' estate violating the automatic stay and engaged in certain tortious actions.

C. On May 29, 2018, Defendants filed a motion to dismiss (the "Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable by Bankruptcy Rule 7012, seeking dismissal of several counts contained in the Complaint.

D. During the pendency of the Motion, Debtors' *Fourth Amended Plan of Confirmation* (the "Plan") became effective July 2, 2018 (the "Effective Date"). *See In re Patriot National Inc.*, No. 18-10189 (KG) D.I. 891 (Bankr. D. Del. Jan. 20, 2018).

E. The Plan provides that unless waived, any and all Causes of Action held by the Debtors are to be vested in the Litigation Trust upon the Effective Date.[1]

Accordingly, IT IS ORDERED that on September 18, 2018, at 9:30am the Reorganized Debtors are to appear before the Court and show cause why the Court should not dismiss the adversary proceeding based upon the Plan's express language stating that claims such as those found in the Complaint are to be transferred to or retained and adjudicated by the Litigation Trust, not the Debtors.

Dated: August 20, 2018

_____
KEVIN GROSS, U.S.B.J.

---

[1] The Court incorporates Debtors' definitions of "Causes of Action" and "Litigation Trust" as they are found in the Plan. *See* D.I. 632.