# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> PATRIOT NATIONAL INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| PETER S. KRAVITZ, solely in his capacity as the Litigation Trustee of the Patriot National, Inc. Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> PAUL VAN CLEAVE AND IMA, INC., <br><br> Defendants. | Adv. Proc. No. 18-50415 (KG) |

## JOINT STATUS REPORT

Peter Kravitz, Litigation Trustee of the Patriot National, Inc. Litigation Trust, as Plaintiff in the above-captioned adversary proceeding, and Defendants Paul Van Cleave and IMA, Inc. ("Defendants") hereby submit this joint status report with respect to the above-captioned adversary proceeding.

**I.     NATURE OF THE MATTERS IN ISSUE**

The original plaintiffs in this matter, CWIBenefits, Inc. "("CWI") and Patriot Services, LLC *f/k/a* Patriot Services, Inc. ("Patriot"), alleged that Van Cleave (a former employee of CWI) misappropriated CWI's trade secrets, confidential and proprietary information, solicited its customers and improperly conspired and competed against CWI in violation of a Confidentiality and Non-Compete Agreement; in contravention of multiple federal and state statutes; and in contravention of the duty of loyalty.  Plaintiffs alleged IMA (Van Cleave's current employer) aided Van Cleave in his alleged improper actions against CWI, and benefitted thereby.  CWI and Patriot

further claimed defendants violated the Bankruptcy Stay Order, and sought (in addition to injunctive relief, actual damages, punitive damages, costs and attorney fees), the return of property of the estate. Patriot is not alleged to be the owner or alter-ego of CWI, and its right to claim damages is currently disputed.

Defendants filed a Motion to Dismiss (D.I. 12) (seeking dismissal of numerous CWI claims and all claims of Patriot). CWI and Patriot responded to the Motion to Dismiss (D.I. 23) and Defendants filed a reply (D.I. 25). The matter is currently submitted to the Court for decision. Accordingly, all claims are currently at issue. The demands of CWI and Patriot are now being pursued by Peter Kravitz, as Litigation Trustee of the PNI Litigation Trust (hereinafter "Trustee").

As of the date of this Status Report, the parties continue to engage in discovery which is scheduled to close on April 15, 2019. Should discovery issues arise in the future they will be presented to the Court in the manner proposed in the Scheduling Order after appropriate consultation among the parties and counsel. The parties also are discussing alternative methods of resolving the matter and will contact the Court immediately if such efforts are successful.

Dated December 14, 2018

| | |
|---|---|
| **MORRIS JAMES LLP** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF** |
| /s/ Carl N. Kunz, III | |
| Carl N. Kunz, III, Esq. (DE Bar No. 3201) | /s/ Jennifer R. Hoover |
| Eric J. Monzo (DE Bar No. 5214) | Jennifer R. Hoover, Esq. (DE Bar No. 5111) |
| Brenna A. Dolphin, Esq. (DE Bar No. 5604) | Kevin M. Capuzzi, Esq. |
| 500 Delaware Avenue, Suite 1500 | 222 Delaware Avenue, Suite 801 |
| P.O. Box 2306 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801-1494 | E-mail: jhoover@beneschlaw.com |
| Telephone: (302) 888-6800 | E-mail: kcapuzzi@beneschlaw.com |
| Facsimile: (302) 571-1750 | |
| E-mail: ckunz@morrisjames.com | and |
| E-mail: bdolphin@morrisjames.com | |
| | Steven M. Oxenhandler, Esq. |
| -and- | Michael J. O'Shee, Esq. |
| | Bradley L. Drell, Esq. |
| David M. Posner, Esq. | Martha R. Crenshaw, Esq. |
| Gianfranco Finizio, Esq. | Gold, Weems, Bruser, Sues & Rundell |
| Kilpatrick Townsend & Stockton LLP | 2001 MacArthur Drive |
| The Grace Building | Alexandria, LA 71307 |
| 1114 Avenue of the Americas | E-mail: soxenhandler@goldweems.com |
| New York, New York 10036-7703 | E-mail: moshee@goldweems.com |
| Telephone: (212) 775-8700 | E-mail: bdrell@goldweems.com |
| Facsimile: (212) 775-8800 | E-mail: mcrenshaw@goldweems.com |
| E-mail: dposner@kilpatricktownsend.com | |
| E-mail: gfinizio@kilpatricktownsend.com | Counsel to Defendants Paul Van Cleave and IMA, Inc. |
| Counsel to Peter Kravitz, as Litigation Trustee for the PNI Litigation Trust | |

10645513/1